**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PEDRO MARTINEZ,

                             Plaintiff,         Case No.   1:21-cv-1189-RPK-JRC

        - against -

STOCKPILE, INC.,

                            Defendants.
-----------------------------------------------------------X

## <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Pedro Martinez, by his attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Stockpile, Inc.  No Answer has been filed in this case.

Dated:  Scarsdale, New York
          June 23, 2021

                                                    SHAKED LAW GOUP, P.C.
                                                    Attorneys for Plaintiff

                                         By: */s/Dan Shaked*
                                             Dan Shaked, Esq.
                                             14 Harwood Court, Suite 415
                                             Scarsdale, NY 10583
                                             Tel. (917) 373-9128
                                             Fax (718) 704-7555
                                             e-mail: ShakedLawGroup@Gmail.com